**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN HARDIN, individually, and on behalf of other members of the general public similarly situated;<br><br>             Plaintiff,<br><br>       v.<br><br>PLATT ELECTRIC SUPPLY, INC., an unknown business entity; PLATT ELECTRIC SUPPLY, an unknown business entity; REXEL INC., an unknown business entity; REXEL USA, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>             Defendants. | No. 1:21-cv-01621-NONE-BAM<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO REMAND**<br><br>Complaint Filed: August 5, 2021<br>Trial Date:      None<br>District Judge: None<br>Magistrate Judge: Hon. Barbara A. McAuliffe |

/////

/////

/////

/////

/////

/////

1                    Case No. 1:21-cv-01621-NONE-BAM
ORDER GRANTING JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE ON PLAINTIFF'S
MOTION TO REMAND

GOOD CAUSE APPEARING, the Joint Stipulation to Extend Briefing Scheduling on Plaintiff's Motion to Remand entered into by the parties on December 29, 2021, and filed December 29, 2021, is approved:

1. Defendant's deadline to file an Opposition to the Motion to Remand is extended two weeks from December 29, 2021 to January 12, 2022;

2. Plaintiff's Reply in Support of His Motion to Remand is due on January 19, 2022; and

3. The hearing date is continued to January 26, 2022.

IT IS SO ORDERED.

Dated: **January 6, 2022**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

2   Case No. 1:21-cv-01621-NONE-BAM
ORDER GRANTING JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO REMAND

21cv1621.Hardin.EOT.Briefing (lbc.a)

49765529.v1-OGLETREE